IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURENCE J. MILLER, individually, and
as Personal Representative of the Estate of
HENRY G. MILLER

       Plaintiff,

   v.

ASBESTOS CORPORATION, LTD., a
Canadian corporation; et al.,

Civil No. 3:14-CV-00317-SI

JUDGMENT

      The Parties' Stipulated Motions for Judgment of Dismissal (ECF 47) and (ECF 48) are GRANTED. Defendant General Electric Co., and Viacom, Inc. are DISMISSED with prejudice and without costs to any party.

      Dated this   11th   day of April, 2014

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

Judgment